Exhibit A to the Complaint

**Location:** Placentia, CA  
**Total Works Infringed:** 55

**IP Address:** 23.243.186.121  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877<br>File Hash:<br>B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 09-23-2023<br>08:46:16 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 2 | Info Hash: FC4BC98F0338FFA6C2E5005A2E540706EF28C66E<br>File Hash:<br>B1ADD14D02483E3D5FF0278F098B71003299DE04C5312ED2D2B019C5CAD45107 | 09-23-2023<br>08:46:12 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 3 | Info Hash: A57EB25C6B5689118A2B4DDA648E25AE167E7525<br>File Hash:<br>EF9BDA642565895653F353ACCEF39910559841840128B3D5B7738C156EAFCE97 | 09-23-2023<br>08:46:09 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 4 | Info Hash: F6163E51BBB7FC6F648A3A1DDF21C7DAA8BAD96F<br>File Hash:<br>5A570A2E224189E70FAAA309F8F796A44C11D823ADA829737C859B18B5CAE08D | 09-23-2023<br>05:42:46 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 5 | Info Hash: 6EF453FBC5841EA5CCB982F8342258FF791485D4<br>File Hash:<br>39DC87E7DE2DDCF427DE5B195CC0DA8A271ADAD5E15FF9DA71B313CC4DF89A2C | 09-23-2023<br>05:41:28 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 6 | Info Hash: A38E634150B8BEDBDF4B2F6838FD2FE294015838<br>File Hash:<br>30D5B6D557D23B8AD19045C02AC6A228A19D75AEC2573A76496EFAC27E0F3FDF | 09-23-2023<br>05:41:20 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 7 | Info Hash: AB12847FF804779BADEC53B69E05063A9CDD8255<br>File Hash:<br>94486457EB79A50041AD080CEAC54E077B6DB28A76D0E51EAB8B119764A42E2C | 09-23-2023<br>05:40:38 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 8 | Info Hash: 9C99358CF864AD393B43AF5C5B4F9C6D90F07E49<br>File Hash:<br>076815D1FC8F37B0CAD925BFFADD72E9A2462E372218AAAD4F035B66B3670885 | 07-10-2023<br>04:13:35 | Vixen | 10-31-2018 | 12-10-2018 | PA0002145830 |
| 9 | Info Hash: 998DE0C4176894B36631D6A39BA6375A9E83C2FC<br>File Hash:<br>FB164F8EE76241ACF81281898B422D9AAB38109B7068E3518D7B26F3AC6687BB | 07-10-2023<br>04:13:04 | Vixen | 11-05-2018 | 11-25-2018 | PA0002136632 |
| 10 | Info Hash: 19C1395DB67EE9441B29A89A75B34D45317E7716<br>File Hash:<br>61681AF79758E32D6375754DA00B5D5D69BA550FE876966EB444891E9E8F633C | 07-09-2023<br>19:01:33 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 11 | Info Hash: 53A4BB0C749D31D57824A4D1A340475426EE552B<br>File Hash:<br>A1E6F94AC368EE1EF50B3C82272976212FA4149D8C0320A550E0D478B2E5CC25 | 07-09-2023<br>16:00:42 | Vixen | 06-08-2019 | 07-17-2019 | PA0002188311 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 42AE2105490978802CCCA1E58E3F98374AD6D75B<br>File Hash: 2895C8A5CEA1F7B3E825FCE56821786A7E5A99DC75F1C87A3913ADE9EBE220A0 | 07-09-2023 15:56:23 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 13 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 07-09-2023 15:56:09 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 14 | Info Hash: 527F9D930567D7C40222024CEC5990C3C438D281<br>File Hash: C83922BC99C2F55C5004FCD3CDF13775D83EF2776220CE3989F40E45340865AF | 07-09-2023 12:52:40 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 15 | Info Hash: 0BF45C3913082EC92A860177A052534BBF6BF4D5<br>File Hash: B8A53EB3B9673339D575C8FBC08B53AE6EEB733CD941B86BA82C8D8489A55892 | 07-09-2023 12:52:38 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 16 | Info Hash: 9AFD3538C960D72B79F127D680934141999C462B<br>File Hash: 0E37C06FEAA3A2794EB004F5A3DD36951152C8DBE7BF6EE683FB152BA5EC5DE7 | 07-09-2023 12:52:36 | Vixen | 08-07-2017 | 08-17-2017 | PA0002077669 |
| 17 | Info Hash: 1A0DA7C2515A7090961BD519C5C4E69AF47EF34E<br>File Hash: AD64ABB18083AC1DC3BDBC2FDC493D68A3DC6A68B04F4D52FB048F7102505365 | 07-09-2023 12:52:32 | Vixen | 10-06-2017 | 10-19-2017 | PA0002090453 |
| 18 | Info Hash: 119AF0FE0D600A691A6BE72E8E70780F0211AD6F<br>File Hash: DEF2A0F290E45AF5B8763396AFF59078D56742F92C671B88355E180BA3E645EA | 07-09-2023 12:52:24 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 19 | Info Hash: AAF763635391DFF65D4B677228FA0CFE88B5C5E0<br>File Hash: 3317036F850D1FEAEEFCE33502065281CF17A15E0D5303207935AA5014F86C85 | 07-09-2023 12:52:17 | Vixen | 11-05-2017 | 11-30-2017 | PA0002098007 |
| 20 | Info Hash: 4948F4764E4C9D1145D4D903EF84CE7BFFB38CD8<br>File Hash: E838361C604EFEA1F8EA93E3ECE3229FD0A9B357339C39D36CA720110098166B | 07-09-2023 09:48:43 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 21 | Info Hash: 3D925EBC0EB2F34FDBF479303F5725A7BC3F1FAD<br>File Hash: 51830B69BFB87493650AD3F034E84308F146653B233692F7F6D12270944FD74B | 07-09-2023 09:48:24 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 22 | Info Hash: 1006899BE352E356CFE7C13D65965A916883A8C4<br>File Hash: AA2DF345E96A56235FEEA4C8DD7A44605A1A57D230FE5E29E3409FD089130D35 | 07-09-2023 09:48:13 | Vixen | 03-20-2019 | 04-17-2019 | PA0002186982 |
| 23 | Info Hash: A96CB64E937D16635099A291DF66872988DB3CE2<br>File Hash: 3BB01A1A6A59951571A72103BFFA914318BAC4864A958428D15F5B935FB52768 | 07-09-2023 06:44:47 | Vixen | 12-15-2019 | 01-03-2020 | PA0002233430 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 444FD4E358F84BC9FEE02E1AFDE513858E0E71DA<br>File Hash: E350AFC8970887ED68CEE95ED34308B99D2BCF2BF6967CBD154F5ABAA5654C94 | 07-09-2023 06:44:47 | Vixen | 09-21-2017 | 10-10-2017 | PA0002086168 |
| 25 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 07-09-2023 06:44:39 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 26 | Info Hash: CC73BA58509C5CC8C9728E50AF0ADCC2309610D9<br>File Hash: 29F574469B30FD6E53418141217398D0F9175F40B85D21F59FDBBA0498559C3F | 07-09-2023 03:42:59 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 27 | Info Hash: 107612C476930A51D89F74ED85B69D536C61D952<br>File Hash: AA3E0E45F8703FA06176D21BD44F5F59547C5E168226DB557FB7236FB7C3F30B | 07-09-2023 03:42:53 | Vixen | 11-15-2017 | 12-04-2017 | PA0002098032 |
| 28 | Info Hash: FC816FA19A449F256296FC0B5D217E23DF9BF5D3<br>File Hash: F69F6AE004E86A065C522E9DED5F540365B1DB9E47CA7530B9E7DDBCA980314A | 07-09-2023 03:42:43 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 29 | Info Hash: 52292254339FD066F9829CFD68E1A4D9B43AB0E3<br>File Hash: ED63F994C1DE06A237517C4BB1DA2FCA33BFC18A3A72B711BA778FB6DFF0B2A2 | 07-09-2023 03:42:39 | Vixen | 12-20-2017 | 01-15-2018 | PA0002099694 |
| 30 | Info Hash: 384973DDD6B06E2B640CD9EF0FD526860C50CA56<br>File Hash: F68C29AF0E1AD31F893F183FA679B0A4E2113B22A16B2BD821BE3B89168B0C36 | 07-09-2023 03:42:32 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 31 | Info Hash: 54BEEB8E2D7FF2237E63B185C8B86D9E22C64B54<br>File Hash: 85BDA99930300B18BBBB8274E67E93A4282E941F871F6CD684C739D73C472680 | 07-09-2023 03:42:30 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |
| 32 | Info Hash: 15B30BDE569A128FE0AB4D7E1195C7ADE377CFCA<br>File Hash: 4D41A79AD9A22294674FE39E8B1AAB75CFDB4660002BD7442B8FE904CBAEA8D3 | 07-09-2023 03:42:30 | Vixen | 07-28-2017 | 08-10-2017 | PA0002046871 |
| 33 | Info Hash: FCFA4162B331D4A34C74CAAF486889CECFBC7417<br>File Hash: 3B226F223785D39EEFC558D1B775424F535B3DAD43AE8016046D16A48F601A7F | 07-09-2023 03:42:29 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 34 | Info Hash: FD220C989B2F1D54F48CB4441C7AC5BAD1246831<br>File Hash: CEB26E178FA727066505A20D6AFACB06BFA34499CC66F90441F93ECDB19000C0 | 07-09-2023 03:42:28 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 35 | Info Hash: 7C048C4002DA410E090A7C4D7B9AFB644589C4ED<br>File Hash: 935C57EED3BFA3E3B9FEFC422F0FF603945CBC7B7C9A9CEF7938CC57722B56C2 | 07-09-2023 03:42:28 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash: 6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 07-09-2023 03:42:25 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 37 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07-09-2023 03:42:25 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 38 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 07-09-2023 03:42:24 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 39 | Info Hash: B932566CA80214AF1768FCDD8E37A4C272BF016F<br>File Hash: 956F4B94646E9605D916985FF017AE521D401BE8ACC474B680F906BCFE506CC3 | 07-09-2023 03:42:24 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 40 | Info Hash: 739E5FCB6828BFC3C891413DE32162A530897542<br>File Hash: 3BC971AD87320CD6DF5ABFB07F0FE3BE89AD282E7BD6C363D99B01E65A3513E0 | 07-09-2023 03:42:22 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 41 | Info Hash: 8B774AA8D7C759528331E69082CCF8257034DB14<br>File Hash: 83B5017061D514F35D012E178E6A31EA4201E23086DC9D47ED2E8B533CDEF40B | 07-09-2023 03:42:22 | Vixen | 03-09-2020 | 04-17-2020 | PA0002246165 |
| 42 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 07-09-2023 03:42:21 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 43 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 07-09-2023 03:42:21 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 44 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 07-09-2023 00:42:09 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 45 | Info Hash: 4731A3784C22214DBA4A18A2C932C529BA0761AA<br>File Hash: 6E150B53928FA2505EA0D58DF9EBDB8D4F58EE00C2E6F3C72786D72D1831F751 | 07-09-2023 00:38:41 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 46 | Info Hash: 124F513DEF525DAA6F71391274B622AB1E1F3095<br>File Hash: 769B71693499A1760279EF1AFD89903FEC0D6B8E17AFC37CF619E4AE63C89312 | 07-09-2023 00:38:26 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 47 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash: 4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 07-09-2023 00:37:48 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 265A71CB34CC15297F15EE23948D6F0D6CA1E706<br>File Hash: 3A0D9431B37CB711242C6C2BFE9387DFE707C55B658955F146F03C2B2F1D3680 | 07-09-2023 00:33:56 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 49 | Info Hash: D633D909CB69430129723B2ECCBE9D3F5413BD5D<br>File Hash: C64A63752B2D6C27FD2B35A88B101888C924C61552E693AD15A0B07CFFC9CD24 | 07-09-2023 00:29:49 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 50 | Info Hash: 62262C61602C01235FC02017D912EEDBFD38EA22<br>File Hash: 1C6FC204BE9AA10C317FC0FD0B94007D7B64DD4EA36AE0067FB0BEE7F0070AB1 | 07-09-2023 00:26:43 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 51 | Info Hash: 6316F02D3EC9766C1421069B2242E2AE56DD6EA4<br>File Hash: 5519DEE465818BBA5023FD9FE083CAE5A1F9C309722BE5B4CD8217A50D9E0ED5 | 07-09-2023 00:26:22 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 52 | Info Hash: E1C6EB6AB1D6A4BE69C3360D52D0D72CB316EE62<br>File Hash: 444DA11B1566B92CAD914EAC26E2F3618BF19754B0C1942F95071F249D60FA29 | 07-09-2023 00:26:12 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |
| 53 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 07-09-2023 00:25:29 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 54 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash: 546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 07-02-2023 07:08:01 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 55 | Info Hash: 99DD8371AB961C2C99F5981EE6A95E45BF0BE7F3<br>File Hash: 22F53AF3873F6476CA9F07344CC0EDA11D7CAB166CBA5A8C15D465287CD8C9AB | 07-02-2023 07:02:53 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |